IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MERRILEE STEWART, | |
| Plaintiff, | Case No. 2:22-cv-4478 |
| v. | Judge Graham |
| KIM J. BROWN, et al., | Magistrate Judge Jolson |
| Defendants. | |

**OPINION AND ORDER**

Pending before the Court is Plaintiff's unopposed motion to dismiss Defendant Dave Yost, Doc. 12. Plaintiff's motion is **GRANTED** and Defendant Dave Yost is **DISMISSED** from the case. Defendant Dave Yost's pending motion to dismiss, Doc. 3, is **DENIED AS MOOT**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: March 31, 2023

1